UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ALFRED TOLLIVER, JR.**                           **DOCKET NO. 6:09-cv-0135**

**VERSUS**                                         **JUDGE MELANÇON**

**MICHAEL J. ASTRUE, COMMISSIONER**                **MAGISTRATE JUDGE HANNA**
**OF SOCIAL SECURITY**

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's unfavorable decision of September 30, 2008 be REVERSED and REMANDED for reconsideration in accordance with the report and recommendation.

Thus done and signed in Lafayette, Louisiana, this 31st day of August, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE